| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:04CR54-005/RV |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR 05-345 m० |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Drew R. Fortune  District of Oregon | DISTRICT Florida Northern | DIVISION Pensacola, FL |
|---|---|---|
| | NAME OF SENTENCING JUDGE Roger Vinson, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/24/2005 — TO 08/23/2010 |

OFFENSE

Counts 109-112: Bank Fraud, 18 U.S.C. §§ 1344 & 2

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Oregon upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/16/05
Date

_[signature]_
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

31 Aug 05
Effective Date

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

_[signature]_ Michael W. Mosman
United States District Judge

05 SEP 13 PM 3: 29

FILED